# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00454-CV

### R. D. and S. C., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 2015-0550, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellants R.D. and S.C. filed their notices of appeal on July 5, 2016 and July 13, 2016 respectively. The appellate record was complete August 10, 2016, making appellants' briefs due August 30, 2016. On August 25, 2016, counsel for S.C. filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel for R.D. and S.C. to file appellants' briefs no later than September 14, 2016. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on August 26, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland